**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 02-7241**

────────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

     versus

DAVIDA BILAL,

                                 Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CR-00-48, CA-01-433)

────────────

Submitted: November 21, 2002     Decided: December 2, 2002

────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Davida Bilal, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Davida Bilal seeks to appeal the district court's order denying relief on her motion filed under 28 U.S.C. § 2255 (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). As to claims dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). We have reviewed the record and conclude for the reasons stated by the district court that Bilal has not satisfied either standard. See United States v. Bilal, Nos. CR-00-48; CA-01-433 (E.D. Va. July 23, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2